JUDGE KARAS

FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
(212) 318-3400 (Facsimile)
   David L. Barrack
   Andrea B. Schwartz
   Scott T. Dillon

Attorneys for Mal Dunn Associates, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DIRECT GROUP NORTH AMERICA, INC., BOOKSPAN,
YORK ENTERPRISES SERVICES, LLC, AND
DOUBLEDAY ENTERTAINMENT LLC,

                        Plaintiffs,

                v.                                         Civ. A. No.:

MAL DUNN ASSOCIATES, INC., STEPHEN DUNN,
RUSSELL DUNN, GREGORY DUNN, CATHY DUNN
and CHRISTOPHER DUNN,

                        Defendants.

------------------------------------------------------------------x

### FED. R. CIV. P. 7.1(A) STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Mal Dunn Associates, Inc. ("Mal Dunn") certifies that Mal Dunn has no corporate

70027644.1

parent, affiliates, and/or subsidiaries that are publicly held.

Dated: New York, New York
      September 12, 2007

                              FULBRIGHT & JAWORSKI L.L.P.

                              Attorneys for Mal Dunn Associates, Inc.

                              By _____
                                 David L. Barrack
                                Andrea B. Schwartz
                                Scott T. Dillon
                            666 Fifth Avenue
                            New York, New York 10103
                            Telephone: (212) 318-3000
                            Facsimile: (212) 318-3400