FULBRIGHT & JAWORSKI L.L.P.
David L. Barrack
Andrea B. Schwartz
Scott T. Dillon
666 Fifth Avenue
New York, New York 10103
Tel. No.: (212) 318-3000
Attorneys for Mal Dunn Associates, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

DIRECT GROUP NORTH AMERICA,
INC., BOOKSPAN, YORK
ENTERPRISES SERVICES, LLC, AND
DOUBLEDAY ENTERTAINMENT LLC.,

    Plaintiffs,

-against-

MAL DUNN ASSOCIATES, INC.,
STEPHEN DUNN, RUSSELL DUNN,
GREGORY DUNN, CATHY DUNN and
CHRISTOPHER DUNN,
    Defendants.

------------------------------------------------------------ x

Index No. 07 CV 8023

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) SS.:
COUNTY OF NEW YORK)

    **SYLVESTER HINDS**, being duly sworn deposes and says:

    1.    That I am over eighteen years of age, reside in the County of the Bronx, and am not a party to this action.

    2.    On Thursday September 13, 2007 I served copies of the *Notice of Removal Pursuant to 28 U.S.C. § 1452(A) of the State Action to United States District Court with exhibits, Civil Cover Sheet and Rules of Judge Kenneth M. Karas and Magistrate Judge Lisa M. Smith* on Hanley Conroy Bierstein Sheridan Fisher & Hayes LLP, attorneys for Plaintiffs at 112 Madison Avenue, New York, New York 10016 by personally delivering to and leaving with an employee at said offices true copies thereof.

75019249.1

-2-

3. On Thursday September 13, 2007 I served a copy of the *Notice of Removal Pursuant to 28 U.S.C. § 1452(A) of the State Action to United States District Court with exhibits* on the County clerk for the County of New York by causing a true copy of the said papers to be personally delivered to and left with the intake (Law & Equity) section of the New York County clerk's offices at 60 Centre Street New York New York 10007.

_____
Sylvester Hinds

Sworn to before me this
24th Day of September, 2007

_____
Notary Public

VENUS COLLINS
NOTARY PUBLIC, State of New York
No. 02CO6035218
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires January 3, 2010

75019249.1

-2-