FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
(212) 318-3400 (Facsimile)
   David L. Barrack, Esq.
   Andrea B. Schwartz, Esq.

Attorneys for Mal Dunn Associates, Inc.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DIRECT GROUP NORTH AMERICA, INC., BOOKSPAN,
YORK ENTERPRISES SERVICES, LLC, AND
DOUBLEDAY ENTERTAINMENT LLC,

                Plaintiffs,

              v.

MAL DUNN ASSOCIATES, INC., STEPHEN DUNN,
RUSSELL DUNN, GREGORY DUNN, CATHY DUNN
and CHRISTOPHER DUNN,

                Defendants.

-------------------------------------------------------------x

ORDER

Civ. A. No.: 07-8023

KENNETH M. KARAS, District Judge:

       On August 24, 2007, Defendant Mal Dunn Associates, Inc. ("Mal Dunn") filed a voluntary petition for relief under chapter 11 of title 11, United States Code, identified as Case No. 07-36299 (CGM) (the "Bankruptcy Case"), in the United States Bankruptcy Court for the Southern District of New York, Poughkeepsie Division (the "Bankruptcy Court").

       On September 12, 2007, Mal Dunn removed this action from the New York Supreme Court, New York County to this Court and to refer this action to the Bankruptcy Court. Section 157(a) of the Bankruptcy Code provides, in relevant part, that "[e]ach district court may provide

that any or all cases and any or all proceedings . . . related to a case under title 11 shall be referred to the bankruptcy judges for the district." 28 U.S.C. § 157(a) (emphasis added).

Under a standing order issued by then-Acting Chief Judge Ward on July 11, 1984 (the "Standing Order"), "any and all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the Bankruptcy Judges for this district." (emphasis added.) Thus, proceedings that are "related to" a Title 11 case are automatically referred to the Bankruptcy Court. See, e.g., Korea Exchange Bank v. Kirtie Regan, Inc., No. 05 Civ. 8597 (WHP), 2006 WL 2034681, at *2 (S.D.N.Y. July 20, 2006); Official Comm. of Unsecured Creditors of Verestar, Inc. v. Am. Tower Corp., No. 05 Civ. 6268, 2005 WL 3455775, at *1-2 (S.D.N.Y. Dec. 15, 2005); In re N. Am. Energy Conservation, Inc., No. 00 Civ. 4302 (SHS), 2000 WL 1514614, at *1 (S.D.N.Y. Oct. 12, 2000).

Therefore, pursuant to Section 157(a) and the Standing Order, this matter is referred to the Bankruptcy Court, specifically to the Bankruptcy Case.

Dated:   White Plains, New York
         November 8, 2007

                                          SO ORDERED:

                                          _____
                                          KENNETH M. KARAS, U.S.D.J.